JS-6

MARC S. HINES (SBN 140065)
mhines@lawhhp.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
23 Corporate Plaza Dr., Suite 150
Newport Beach, California 92260
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RIVKAH, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01244-PA-E<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff RIVKAH, INC.. and Defendant AMCO INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party would bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice in its entirety.

//

IT IS SO ORDERED

Dated November 26, 2025

_____
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE